**Opinion issued August 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00339-CV

———————————

**LEE RONGER, Appellant**

**V.**

**MEMORIAL FALLS LLP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1223273**

---

## MEMORANDUM OPINION

Appellant, Lee Ronger, filed a notice of appeal from the trial court's April 16, 2024 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on May 14, 2024, and on May 21, 2024, the court reporter notified the Court that no record was taken in this case. Accordingly, appellant's brief was due to be filed on or before June 20, 2024. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On June 27, 2024, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the June 27, 2024 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.